Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI    CASE NO.

Debtor  Agatha Birks                SSN#  xxx-xx-9388          Current Monthly Income  $1071.00
Joint Debtor  Maggie L. Birks       SSN#  xxx-xx-1661          Current Monthly Income  $748.00
Address  118 Jordon Ave.                                       No. of Dependents    0
         Nettleton, Ms  38858

Telephone No. _____    TAX REFUNDS AND EIC FOR DISTRIBUTION:  $_____

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured/priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __60__ months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)    Debtor shall pay     $614.78     per     Month     to the Chapter 13 Trustee.
       A payroll deduction order will be issued to Debtor's employer @:  118 Jordon Ave
                                                                         Nettleton, MS 38858

(B)    Joint Debtor shall pay     $0.00     per _____ to the Chapter 13 Trustee.
       A payroll deduction order will be issued to Debtor's employer @: _____

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full:
_____  _____  @  _____  $_____ /mo.

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**

**HOME MORTGAGE(S)**
MTG PMTS TO:  VANDERBILT HOME FIRST    BEGINNING    6/10           $459.78/MO      ☑ PLAN ☐ DIRECT
              MORTGAGE AGENCY                        @
MTG ARREARS TO: VANDERBILT HOME        THROUGH     5/09-5/10       $6,475.00       $ 107.92  /MO*
                FIRST MORTGAGE                                                     @
                AGENCY
                                                                   (*Including interest at 0.00 %)

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.
* Pay Claim plus Contract Rate or 7.00%, whichever is less; ** Pay Value plus Contract Rate or 7.00%, whichever is less.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:

Adequate Protection

| Creditor's Name | Adequate Protection Percentage | Adequate Protection Payment |
|---|---|---|

**UNSECURED DEBTS** totaling approximately __$6,302.95__ are to be paid in deferred payments to Creditors that have **TIMELY FILED CLAIMS ONLY** that are not disallowed: ☐ IN FULL or ☑ __1__ % PERCENT MINIMUM.

Total Attorney Fees Charged $2,800.00

Attorney Fees Previously Paid $1,226.00
Attorney Fees to be paid through the plan $1,574.00

Pay administrative costs and debtor's attorney fees pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent

Attorney for Debtor (Name/Address/Phone #/Email)
Denvil F. Crowe
The Law Office of Denvil F. Crowe
Post Office Box 1158
Tupelo, MS  38804

Telephone/Fax

Telephone/Fax   (662) 844-7949/(662) 680-4816
Email Address   croweandassociates@gmail.com

Debtor's Initials _____   Joint Debtor's Initials _____                    CHAPTER 13 PLAN, Page 2 of 3

DATE: May 4, 2010     DEBTOR'S SIGNATURE _____

                                         JOINT DEBTOR'S SIGNATURE _____

                                         ATTORNEY'S SIGNATURE _____